■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN VINCENTE, Appellant. [740 NYS2d 867] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered February 23, 2000, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, and sentencing him to an aggregate term of 2 to 6 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Questions of credibility and identification were properly presented to the jury, and there is no basis upon which to disturb its findings (*People v Gaimari*, 176 NY 84, 94). The undercover officer had an adequate opportunity to observe defendant and provided a detailed description. Concur—Saxe, J.P., Buckley, Rosenberger, Friedman and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERIBERTO LEBRON, Appellant. [740 NYS2d 867] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered July 6, 1999, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him to a term of five years, unanimously affirmed.

Defendant's challenge for cause was properly denied since the venireperson's responses did not cast doubt on her ability to follow the court's instructions (*see, People v Bludson*, 97 NY2d 644). The panelist gave an unequivocal assurance of her commitment to follow an instruction that no adverse inference was to be drawn from defendant's failure to testify.

Defendant's application made pursuant to *Batson v Kentucky* (476 US 79) was properly denied. Defendant did not establish that white males in their twenties constituted a "cognizable group" for *Batson* analysis (*see, Castaneda v Partida*, 430 US 482, 494). We need not decide whether a hybrid group, composed of persons simultaneously possessing a combination of characteristics, can be a "cognizable group." Concur—Saxe, J.P., Buckley, Rosenberger, Friedman and Marlow, JJ.